B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Aluminum Service, Inc.**      Case No. _____
                             Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALUMINUM COILS, INC<br>PO BOX 75665<br>Cleveland, OH 44101-4755 | ALUMINUM COILS, INC<br>PO BOX 75665<br>Cleveland, OH 44101-4755 | | | 115,812.02 |
| AMERICAN METAL SOLUTIONS, LLC<br>408 W JOHNSON ST<br>Pocahontas, IL 62275 | AMERICAN METAL SOLUTIONS, LLC<br>408 W JOHNSON ST<br>Pocahontas, IL 62275 | | | 31,588.04 |
| APRILIS, LLC<br>7460 SW 158TH TER<br>PALMETTO, FL 33157 | APRILIS, LLC<br>7460 SW 158TH TER<br>PALMETTO, FL 33157 | | | 50,030.70 |
| BANK OF AMERICA VISA<br>PO BOX 53155<br>Phoenix, AZ 85072-3155 | BANK OF AMERICA VISA<br>PO BOX 53155<br>Phoenix, AZ 85072-3155 | | | 358,681.55 |
| BERRIDGE MFG. CO.<br>PO BOX 201833<br>Houston, TX 77216-1833 | BERRIDGE MFG. CO.<br>PO BOX 201833<br>Houston, TX 77216-1833 | | | 49,394.04 |
| CUSTOM WINDOWS SYSTEMS, INC<br>PO BOX 85001<br>ORLANDO, FL 32885-0339 | CUSTOM WINDOWS SYSTEMS, INC<br>PO BOX 85001<br>ORLANDO, FL 32885-0339 | | | 225,319.73 |
| DIXIE PLYWOOD CO.<br>6509 POWER RD<br>Gibsonton, FL 33534 | DIXIE PLYWOOD CO.<br>6509 POWER RD<br>Gibsonton, FL 33534 | | | 46,715.57 |
| EASTERN METAL SUPPLY INC<br>3600 23RD AVENUE SOUTH<br>LAKE WORTH, FL 33461 | EASTERN METAL SUPPLY INC<br>3600 23RD AVENUE SOUTH<br>LAKE WORTH, FL 33461 | | | 66,482.35 |
| ELITE ALUMINUM CORPORATION<br>4650 LYONS TECHNOLOGLY PARKWAY<br>COCONUT CREEK, FL 33073 | ELITE ALUMINUM CORPORATION<br>4650 LYONS TECHNOLOGLY PARKWAY<br>COCONUT CREEK, FL 33073 | | | 249,498.91 |
| FL EXTRUDERS INTL, INC<br>2540 JEWETT LANE<br>SANFORD, FL 32771-1600 | FL EXTRUDERS INTL, INC<br>2540 JEWETT LANE<br>SANFORD, FL 32771-1600 | | | 170,700.47 |

B4 (Official Form 4) (12/07) - Cont.

In re  Aluminum Service, Inc.
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JAMES HARDIE BUILDING PRODUCTS DEPARTMENT 7151 Los Angeles, CA 90088-7151 | JAMES HARDIE BUILDING PRODUCTS DEPARTMENT 7151 Los Angeles, CA 90088-7151 | | | 57,459.01 |
| KEYMARK CORPORATION OF FLORIDA DEPARTMENT 620 PO BOX 4110 Woburn, MA 01888-4110 | KEYMARK CORPORATION OF FLORIDA DEPARTMENT 620 PO BOX 4110 Woburn, MA 01888-4110 | | | 126,588.69 |
| KROY BUILDING PRODUCTS PO BOX 410423 Kansas City, MO 64141-0423 | KROY BUILDING PRODUCTS PO BOX 410423 Kansas City, MO 64141-0423 | | | 57,850.39 |
| KTC METALS 660 W 83RD ST Hialeah, FL 33014 | KTC METALS 660 W 83RD ST Hialeah, FL 33014 | | | 46,732.99 |
| MASTIC HOME EXTERIORS, INC. PO BOX 413706 Kansas City, MO 64141-3706 | MASTIC HOME EXTERIORS, INC. PO BOX 413706 Kansas City, MO 64141-3706 | | | 1,730,627.01 |
| NPC SEALANTS P O BOX 645 MAYWOOD, IL 60153 | NPC SEALANTS P O BOX 645 MAYWOOD, IL 60153 | | | 39,506.15 |
| ONESOURCE COIL COATERS, LLC 5110 140TH AVE. NORTH CLEARWATER, FL 33760 | ONESOURCE COIL COATERS, LLC 5110 140TH AVE. NORTH CLEARWATER, FL 33760 | | | 62,664.11 |
| PARADIGM WINDOW SOLUTIONS 400 RIVERSIDE INDUSTRIAL PKWY Portland, ME 04103 | PARADIGM WINDOW SOLUTIONS 400 RIVERSIDE INDUSTRIAL PKWY Portland, ME 04103 | | | 127,671.15 |
| PHIFER INC PO BOX 945823 Atlanta, GA 30394-5823 | PHIFER INC PO BOX 945823 Atlanta, GA 30394-5823 | | | 183,208.15 |
| SIMONTON WINDOWS, INC 75 REMITTANCE DR SUITE# 1345 Chicago, IL 60675-1345 | SIMONTON WINDOWS, INC 75 REMITTANCE DR SUITE# 1345 Chicago, IL 60675-1345 | | | 463,846.73 |

B4 (Official Form 4) (12/07) - Cont.
In re  Aluminum Service, Inc.                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Predident of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  7.28.10              Signature  /s/ Michael D. Patierno
                                      **Michael D. Patierno**
                                      **Predident**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.