**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                           Case No.: 8:10-bk-18160-CED
                                                                                  Chapter: 11
Aluminum Service, Inc.,

_____Debtor._____/

**DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY**

Debtor, **Aluminum Service, Inc.,** a Florida corporation, pursuant to Administrative Order TPA-2005-2, hereby files its Chapter 11 Case Management Summary (the "Summary"), and states:

**I.     INTRODUCTION**

On **July 29, 2010**, Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

**II.    DESCRIPTION OF DEBTOR'S BUSINESS**

Aluminum Service Inc, (dba ASI Building Products, "ASI" or the "Company"), is headquartered in Tampa, FL.  The Company has provided an array of specialty building products to commercial and residential contractors, builders and governmental projects, since 1966.

Dealing exclusively with reputable and respected manufacturers, ASI also manufactures its own high-performance brands, including CMF Roof Metal Roofing Products, EnScapes Patio and Pool Enclosures, Outscapes Fence, Deck and Railing, and Anchor Safe Storm Protection Products. Many of the Company's products are now "Green" approved, which is helpful in securing business in the eco-friendly market.  The Company's products are segmented into 8 cornerstones of offerings including:

- Siding and Soffit
- Windows and Doors
- Metal Roofing
- Patio and Pool Enclosures
- Fencing, Railing and Decking
- Specialty Building Products
- Rainware
- Storm Protection Products

**Current Operations**

The Company operates 13 locations, possesses a fleet of 39 trucks, and has developed

a large and loyal customer base during its 43 years of business.

**Founding of ASI**

Aluminum Service Inc., incorporated on September 9, 1966 by William Ellis Jr., has evolved from its beginning as a local specialty building products provider to a regional distribution operation with manufacturing activities in the areas of patio, pool enclosures and extrusions, fence, deck and railing, and metal roofing products. As the first supplier to offer specialty building products in Florida, ASI educated developers, builders, and architects on the aluminum products it offered.

Michael D. Patierno joined ASI in 1970, and served as the General Manager from 1974-1978. In 1978, after being named president, Mr. Ellis retired leaving the everyday operations to Mr. Patierno, the current owner. Mr. Patierno has grown the business through expansion into new metro markets as well as through acquisitions. In 2000, Aluminum Service, Inc. adopted the trade name of ASI Building Products, creating a broader inference in the name to support the many different products now made or distributed by the company, and was named one of the fastest growing companies in Florida.

**Current Ownership**

ASI is a Sub Chapter "S" corporation which is solely owned by Michael D. Patierno.

**Alcoa Distribution Partnership**

Alcoa is the world leader in the production and manufacturing of primary aluminum, fabricated aluminum and alumina. In the mid 1960's, Alcoa changed its focus from national distribution to an independent distribution approach to selling its own line of products. ASI was one of the first distributors of Alcoa in Florida. In 2006, Alcoa Aluminum sold their home exteriors division to Plygem which has recently renamed this division Mastic Home Exteriors. ASI remains the exclusive distributor of Mastic products in the Florida market.

**Diversification of Product Mix**

The Company has worked to diversify its revenue base to grow sales and mitigate the effects of cost increases in aluminum pricing. ASI offers its customers high quality, low maintenance products from many reputable manufacturers. Many of the Company's products are now "Green" approved, which is helpful in securing business in the eco-friendly market. The Company's products are segmented into 8 cornerstones of offerings including:



| Siding | Roofing | Patio | Rainware |
| Fence & Railing | Storm Protection | Windows | Specialty Products |

**Product Mix**

During the past several years management has proactively added to the Company's product mix to meet the evolving demands of the market and mitigating risk from concentration on a single product. Ten years ago, siding and soffit represented over 90% of ASI's sales. Currently, that figure is approximately 33%. The charts below illustrate the change in the Company's product mix from 2004 until today.



**Customers**

ASI's primary customers are contractors, dealers, builders, architects, general contractors or anyone licensed to do construction. Each of the Company's 8 cornerstones represents a different segment of the construction market. Many of the Company's customers cross over into numerous cornerstones as they become more generalists.

ASI's customer concentration varies from year to year, based on projects their customers have contracted. Below you will see that for the TTM – 3/31/10, the Company's top 59 customers represent approximately 46% of total revenue, with the next 485 customers having a 41% share and the remaining 1,803 representing 13% of revenues. The Company's broad distribution of sales across the customer base greatly reduces the risk associated with loss of a single customer.



.

**Exporting Capabilities**

With warehouse locations in all of Florida's key port cities, ASI is well positioned to service the export industry, and has been servicing the Caribbean and beyond since 1973. The Company has several bilingual customer service and sales representatives which makes it easy to support the needs of their Spanish speaking customers. In addition, ASI understands how to properly load containers while delivering them to port in a timely manner.

The Company provides its customers with engineering services and is able to coordinate freight forwarding. These capabilities have helped ASI to earn business in Tortola British Virgin Islands, Grand Bahamas, Bimini Bay, Saint Kits, Turks and Kakos, along with the Cayman Islands.

Over the past few years, the Company has averaged approximately $2,500,000 per year in exported products. In the spring of 2008, the Company began sending select sales representatives on quarterly trips to the Caribbean Islands with the mission of further promoting ASI and its products. These efforts have opened many doors to additional exporting opportunities and will likely propel the growth of exported products in the upcoming months and years. To date, most of the Company's exporting opportunities exist in the area of roofing, siding, windows, storm protection and railing.

We have developed 12 repeat customers that order 4 to 5 times per year. We are currently quoting 3,000 homes shipping to Chili and we have quoted nearly $2,400,000 in metal roofing to go to Haiti. Opportunities will be high for export in the coming 12 months

The largest completed project ASI has exported was in Bimini Bay for over $2.0 million dollars during 2005 and 2006.

**Sales Force**

The ASI sales force consists of 13 District Sales Managers (DSM) and 2 Executive Sales Managers. The DSMs work out of their respective branches and are responsible for finding new customers and business, as well as promoting the growth of their top customers.

Once a DSM establishes a relationship with a new customer, a Counter Sales & Service Representative (CSSR) in the branch maintains and manages the relationship going forward. This allows the DSMs to spend the majority of their time finding new business, instead of maintaining established relationships.

The Company's sales force spends the majority of their time calling on these prospective customer targets, and promoting ASI's product line. DSMs carry all the necessary samples, an ASI catalogue that includes every product offered, price sheets for each item, literature, product approvals, credit applications and warranties in well marked ASI sales vehicles.

The Company's DSMs make contact with their targets through personal calls, phone calls, seminars, training sessions, AIA accredited CEU courses offered through our vendors, etc.

ASI's sales force also represents ASI at numerous industry tradeshows, as well as helping their customers with home and garden shows on weekends.

**Customer Relationship Management**

ASI has adapted a web-based customer relationship management (CRM) service through Salesforce.com. This pipeline management system has increased visibility of potential business opportunities and provides a balanced effort throughout both the lead qualifying process as well as the entire sales process. Once fully deployed, it will also allow for a more accurate forecast of future sales based on the opportunities in the pipeline.

In addition to helping with lead generation and tracking, the CRM service allows management to generate reports reflecting activity based metrics along with the closing percentages for each sales representative. These reports will help management to quickly identify and establish best practices within the Company's sales force in an effort to increase the effectiveness of the Company's sales efforts.

This activity management system helps to alert management when the sales force is not taking the necessary steps to convert an opportunity into a sale. This information can also be utilized to create a more competitive sales environment in which each sales representative is motivated to outperform their peers. From a financial management prospective, the systematic method of associating dollars and corresponding probabilities to pipeline opportunities based on specified criteria will help the Company to more accurately project revenue and allocate resources.

The Lead Coordinator is responsible for importing leads into the system while the salesperson is charged with all customer contact. This may include general contractors, architects, developers, and builders alike. Once the relationship has been cultivated and solidified, the customer sales and service representatives become responsible for servicing the account while the outside sales person's focus is on growing the business.

All communication and data are logged into the CRM with appropriate date and time stamp, making the transition from Lead Coordinator to District Sales Manager (DSM) smooth and effortless with all parties being aware of previous contacts and conversations.

**Government Opportunities**

Florida's $15 billion share of the economic stimulus package has produced greater construction activity in the remodeling and construction of public schools, military buildings, and public housing projects.

With only about 20% of these funds spent in 2009, management expects the next two years to produce a greater number of projects demanding products such as siding, metal roofing, rainware, windows, and fencing, along with specialty items.

In response to this anticipated construction activity, the Company has registered with every county and city agency in their markets. Management is also in the process of obtaining a GSA contract and FEMA registration. The next step will be for the Company to reach out to all federal procurement agents in their market area, to inquire about upcoming projects.

Management is quickly learning the best methods of monitoring and tracking government construction opportunities. This includes registering with several lead services which notify them of when these opportunities arise. These jobs are to be reviewed by the Lead Coordinator and imported into the lead processing system, at which point the lead development process will begin.

The Company currently supplies four different Government Agencies with doors and windows and are working on additional business as it gets funded.

### III. LOCATION(S) OF DEBTOR'S OPERATIONS AND WHETHER LEASED OR OWNED

Debtor's business headquarters are located at 4720 E. Adamo Dr., Tampa, Florida 33605. The Debtor has 11 distribution facilities and 2 production locations across the State of Florida, and Mississippi. The following map displays the Company's distribution and manufacturing facilities:



- Fort Myers – 1975 – First Branch Location -- Owned
- Orlando – 1978 -- Leased
- Ocala – 1990 – Manufacturing Facility-- Leased
- Riviera Beach – 1983-- Leased
- Melbourne - 1987-- Leased
- Pompano Beach – 1991 -- Leased
- Jacksonville - 1988-- Leased
- Daytona - 1988-- Leased
- North Tampa – 1995 – Manufacturing Facility -- Owned
- Mobile - 1997-- Leased
- Pensacola - 1995-- Leased
- Gulfport - 1996-- Leased
- Lady Lake – 2007-- Leased
- Mobile – Closed Feb-2009
- Lady Lake – Closed Feb-2010
- Pompano – Closed Mar-2010

Tampa Patio Facility

At the 30,000 ft$^2$ manufacturing facility in Tampa, several Aluminum roof panels, valance, box gutter, k-gutter, and aluminum awning slats are roll formed, cut to desired lengths and support the distribution of Awnings, Carport Covers, Roof-Overs, Pool Cages, Patio Enclosures, and custom Trim. Sheeting and blanking of aluminum is also performed to enable various trims to be made to the customer's specification on an automated bender.

CMF Roof Facility

The Company's roof facility is located directly adjacent the Patio facility and has 20,000 ft$^2$ dedicated to the manufacturing of various products including aluminum roofing, steel standing seam roofing, vertical siding for trailer skins, downspouts & elbows, and various trims.

IV. **REASON FOR FILING CHAPTER 11**

In 2007, the Company began to observe signs of weakness in the Florida building materials market. During the next three years, the Company executed significant cost reductions, and successfully cut costs by more than 50%. These cuts were achieved through a variety of initiatives such as cutting wages and benefits twice, three major layoffs, closing 3 locations, renegotiating contracts, turning in unused equipment, reducing delivery frequency and more. The Company cut nearly 60% of its workforce during this period.

Despite these efforts, the losses continued to mount as sales declined by nearly 65% over the same period. In addition, reduced market demand created fierce competition amongst the

remaining suppliers making it difficult to increase or sustain gross margin levels. This phenomenon further impeded the Company's mission to return to profitability. The Company suffered losses exceeding $6 million during the past 2 1/2 years. In addition, fifty percent of the Company's customer base had disappeared during this period, leaving the Company with massive write-offs of $2.5 million over the past three years.

After thorough consultation with Company advisors and extensive consideration of all other alternatives, it was determined that a court supervised reorganization would allow ASI to deal decisively with its obligations in the most efficient and cost-effective manner. The Company expects to reorganize by leveraging its existing real estate holdings, terminating unnecessary leases, re-negotiating leases, and securing financing necessary in order to continue in existence and provide a meaningful dividend to the unsecured creditors.

## V. LIST OF OFFICERS AND DIRECTORS AND THEIR SALARIES AND BENEFITS AT TIME OF FILING AND DURING ONE YEAR PRIOR TO FILING

| Officer Name | Title | Monthly Compensation Salary / Benefits | Year Prior Salary / Benefits |
|---|---|---|---|
| Michael D. Patierno | *President, Director* | $2,491.66 / $1,182.68 | $10,646.67 / $1,271.30 |
| Erving Rodriguez | *VP of Human Resources* | $5,712.85 / $75.14 | $6,061.00 / $145.18 |
| Karim Kharroubi | *VP of Finance* | $6,422.66 / $646.66 | $6,805.69 / $613.95 |
| Jeff Wietholter | *VP of Sales* | $6,422.66 / $694.53 | $6,814.03 / $662.04 |
| Charles Brinkman | *VP of Marketing* | $6,858.89 / $621.83 | $7,276.88 / $698.62 |
| **Total** | | **$31,129.56** | |

## VI. DEBTOR'S ANNUAL GROSS REVENUE

**2010** (to June 30):   $16,536,331
**2009**:   $32,355,943
**2008**:   $47,085,405

## VII. AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

Debtor may owe the following amounts to the following classes of creditors, certain

amounts of which may be subject to dispute:

1. **Priority Creditors:** The estimated unsecured priority claims total approximately $480,500.00.

2. **Secured Creditors:**

| | |
|---|---|
| Bank of America | $5,950,000 |
| Wachovia Bank | $222,108 |
| Isuzu Motor Acceptance Corp. | $9,256 |
| Toyota Motor Credit Co. | $1,154 |
| De Lage Landen | $9,637 |
| Daimler Chrysler Financial Services | $15,500 |
| Michael Kass and Janet Kass | $150,000 |
| Michael D. Patierno | $403,945 |
| Cambridge Computer Services | unknown |
| **Total** | **$6,762,000 (approx.)** |

3. **Unsecured Claims:** The estimated unsecured claims total approximately $4,787,000.00.

## VIII. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF DEBTOR'S CURRENT AND FIXED ASSETS

As of the Petition Date, the Debtor estimates its assets are valued at approximately $16,253,000.00. The major categories of assets are valued as follows:

| | |
|---|---|
| Cash in the approximate amount of | $44,000.00 |
| Inventory (liquidation value) | $6,937,000.00 |
| Accounts receivable – approximately | $2,287,000.00 |
| Deposits | $604,000.00 |
| Insurance Policies and Retirement Plans | $280,000.00 |
| Furniture, Fixtures and Equipment, Vehicles | $925,000.00 |
| Real Property | $5,120,000.00 |
| Claims against third parties | unknown |

## IX. NUMBER OF EMPLOYEES AND AMOUNT OF WAGES OWED AS OF PETITION DATE

Debtor has approximately 105 employees, No wages are due as of the Petition Date.

## X. STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS

Debtor's payroll is approximately $140,000 bi-weekly, including officer and insider salary. Payroll is next scheduled to be paid on August 6th, 2010. Sales tax owed is approx $0.

## XI. ANTICIPATED EMERGENCY RELIEF WITHIN 14 DAYS OF PETITION DATE

Debtor will seek expedited relief for an order approving Debtor's motions for:

Permission to Obtain Debtor in Possession Financing
Permission to Pay Affiliate Officer's Salary
Adequate Assurance of Payment of Utilities

WHEREFORE, Debtor, Aluminum Service, Inc., respectfully submits this Case Management Summary.

Respectfully submitted,

/s/ Christopher C. Todd
RICHARD J. MCINTYRE
Florida Bar No. 0962708
rich@mcintyrefirm.com
CHRISTOPHER C. TODD
Florida Bar No. 0072911
chris@mcintyrefirm.com
MCINTYRE, PANZARELLA, THANASIDES, ELEFF & HOFFMAN, P.L.
6943 E. Fowler Avenue
Tampa, Florida 33617
813.899.6059
813.899.6069 (F)
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Chapter 11 Case Management Summary has been furnished via the Court's CM/ECF system to all registered user or via U.S. Mail on this 3rd day of August, 2010 to: Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602.

/s/ Christopher C. Todd
Attorney